

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-09-00190-CV

## IN RE NANCY BAKER AND MIKE EVERETT
## AS THE PARENTS OF A.E., A CHILD

_____

## Original Proceeding

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition dismissed
Opinion delivered and filed September 9, 2009
[OT06]